IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CHERYL REEVES,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CASE 4:13-cv-00124-RAS-DDB |
| § | |
| **LHP SHERMAN/GRAYSON, LLC and** § | |
| **SHERMAN/GRAYSON HOSPITAL, LLC,** § | |
| § | |
| **Defendants.** § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cheryl Reeves and Defendants LHP Sherman/Grayson, LLC and Sherman/Grayson Hospital, LLC jointly stipulate that the above-entitled action shall be dismissed with prejudice as to all claims and causes of action that were brought or could have been brought by Plaintiff in this action, the parties to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,


/s/ Sean C. Urich
RON CHAPMAN, JR.
Texas Bar No. 00793489
ron.chapman@ogletreedeakins.com
SEAN C. URICH
Texas Bar No. 24033287
sean.urich@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, Texas  75225
(214) 987-3800 (telephone)
(214) 987-3927 (facsimile)

ATTORNEYS FOR DEFENDANTS


/s/ Ronald R. Huff
Ronald R. Huff
Texas Bar No. 10185050
ronhuff@gcecisp.com
112 South Crockett Street
Sherman, TX  75090
(903) 893-1616 (telephone)
(903) 813-3265 (facsimile)

ATTORNEY FOR PLAINTIFF


16007025.1