IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CHERYL REEVES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE 4:13-cv-00124-RAS-DDB |
| § | |
| **LHP SHERMAN/GRAYSON, LLC and** § | |
| **SHERMAN/GRAYSON HOSPITAL, LLC,** § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice. Accordingly, the following disposition is requested by the parties.

**IT IS ORDERED** that all claims and causes of action that were brought or could have been brought by Plaintiff against either Defendant in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**, the parties to bear their own costs, expenses, and attorneys' fees incurred. All relief not expressly granted herein is hereby **DENIED**, and this Order is in all things **FINAL**.

IT IS SO ORDERED.

**SIGNED this the 30th day of May, 2014.**

_/s/ Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE